4-94-cv-02307-CW

## SECTION 832.5 CITIZEN'S COMPLAINT AGAINST PERSONNEL: INVESTIGATION, DESCRIPTION OF PROCEDURE; RETENTION OF RECORDS

Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizens' complaints against the personnel of such departments or agencies and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five years. (Added by Stats. 1974 chapter 29, section 1; Amended by Stats. 1978, chapter 630, p. 2083, section 4, Stats. 1995 chapter 1, section 1, Stats. 1995 chapter 21, section 1) (All references are to California Penal Code, 2000).

## PERSONNEL COMPLAINT:

2:17-cv-00176-WBS-DMC

Complainant: **MARIO AMADOR GONZALEZ**

Address: **601 S. BRAND BLVD Ste. 200**
**LAW OFFICES OF**
**EVERARDO V. VALENCIA (APC)**

City: **SAN FERNANDO** State: **CA** Zip: **91340**

Residence Phone: **818 361-6662**

Work Phone: ( )

CHECK ONLY ONE:
1. [ ] Police Department
2. [ ] California Highway Patrol
3. [ ] U.S. Marshal
4. [ ] Sheriff's Department
5. [ ] Medical staff
6. [ ] District Attorney
7. [ ] County Grand Jury
8. [ ] Internal Affairs
9. [X] Department of Corrections
10. [ ] Bar Association

Date/Time of Incident: **10-14-20   8:13 AM**

Location of Incident: **INSIDE OF CELL 110-A5 HDSP**

Personnel involved: **C.O. TANCRETO   C.O. SEVY   J. HASKILL CCI   Lt. HUDSON M.   LT. ALKIRE R.   SGT. SILVA J   (AVSS)**

Names and Addresses of Witnesses: **475-750 RICE CANYON ROAD SUSANVILLE CA 96127   H.D.S.P.**

Statement of Complaint: **On OCT. 14 2020 @ APPROX 8:13 AM C.O. TANCRETO OBSERVED INMATE STEWART (AM3276) AN I MARIO GONZALEZ AG-7688 EXCHANGE WORDS. THIS WAS MY ATTEMPT TO ADDRESS THE SITUATION WITHOUT VIOLENCE.**

SPECIFICALLY I STATED TO INMATE STEWART (AM 3278) WHATS UP DUDE? I DIDN'T SAY NOTHING! BUT ALL THAT DISRESPECTING AINT HAPPENING. STEWART REPLIED WITH "WELL WHAT ARE YOU GOING TO DO ABOUT IT?" MY FIGHT OR FLIGHT SYNDROME KICKED IN AS I FLED AND STATED WHATEVER! I WENT BACK TO MY CELL. INMATE STEWART MADE A SCENE THREW HIS HAT IN THE AIR AND PROCEEDED TO MY CELL 110-A5-HDSP. INMATE STEWART ENTERED MY CELL STARTED SWINGING AT ME. I DEFENDED MYSELF! INMATE STEWART WAS IN MY CELL FIGHTING WITH ME. C.O. TANCRETOS OWN REPORT STATES HE OBSERVED US FIGHTING IN CELL 110. C.O. SEVYS REPORT STATES I WAS HOLDING INMATE STEWART WITH ONE ARM AND STRIKING HIM IN THE HEAD WITH MY LEFT FIST! YET C.O. TANCRETOS REPORT AND NARRATIVE STATE I WAS HOLDING STEWART CHEST TO CHEST WITH ONE ARM YET CLAIMS I WAS STRIKING WITH BOTH FIST. IF I'M HOLDING THIS GUY WITH ONE ARM ITS IMPOSSIBLE FOR ME TO BE USING BOTH FIST. ITS APPEARENT C.O. TANCRETO C.O. SEVY LT. HUDSON LT. R. ALKIRE AND SGT. SILVA ARE PRETTY MUCH GIVING THIS GUY A FREE PASS AT ENTERING MY CELL PROCEED TO FIGHT WITH ME DEPICT HIM AS A VICTIM IN THE PROCESS. AS I WAS OBSERVED STRIKING STEWART IN THE HEAD AS I WAS HOLDING HIM WITH ONE HAND. ITS OBVIOUS THE ABOVE MENTIONED OFFICER PERSONNEL ARE ENGAGING IN MISCONDUCT THUS RESULTING IN

Use additional sheets of 8 1/2" x 11" white paper if necessary. Attach all relevant supporting documentation.

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the foregoing complaint is true and correct and as to such facts averred upon information and belief, I believe the same to be true and affix my signature hereto.

Dated this 21st Day of October, 2020

*Mario Amador Gonzalez*
(Complainant's Signature)

MARIO AMADOR GONZALEZ
(Complainant's Printed Name)

SECTION 832.5 Citizens' complaints against personnel: investigation; description of procedure; retention of records.

(a) Each department or agency in this State which employs peace officers shall establish a procedure to investigate citizens' complaints against the personnel of such departments or agencies, and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five years. (Added by Stats. 1974, c. 29, p. 40, §1. Amended by Stats. 1978, c. 6 p.2002, §4

Cross References

Access to records of complaints or discipline, see Evidence Code section 1045.
Discovery or disclosure procedures, see Evidence Code, section 1043.

- 2 -

DECLARATION

Pursuant to 28 U.S.C. 1746, I **MARIO A. GONZALEZ** declare(or,certify, verify,or state)under penalty of perjury that the following is true and correct.

Violation of My Due Process; Im single cell (ADA-DPO). Yet C.O. Tancreto made no attempts to deescalate the situation even after according to his report Tancreto states I exchanged words with inmate Stewart. The situation stems from morning pill line; where inmate Stewart stopped at the urinal on facility A yard. You'll see me in a wheelchair pushing myself to pill line AM. This is when Stewart tells me "tell them guys Im right there"! I state Im not telling them guys nothing. Stewart than stated "well Im going up there watch me! He did exactly what he said he'd do. Cut to the front of line. I did not say nothing to him. So as events unfolded after I received my medication I returned to my cell. As Im standing by my door A5-110 inmate is still rambling on. Thats when I entered and exited my cell, and addressed inmate Stewart "I said "whats up dude?" "I didn't say nothing" "But all that disrespecting aint happening". That was my attempt to address the situation without violence. Inmate Stewart stated "well what are you going to do about it?" I chose the **FLIGHT** syndrome! As I was walking away, I stated whatever. I walked back to my cell. I entered my cell, inmate Stewart chose the **FIGHT** syndrome. He made a scene threw his hat in the air approached my cell, entered my cell in an aggressive and hostile manner swinging at me. So I defended myself inside my cell. Director/Ms. Honorable Wilken Im alerting you cause C.O. Tancreto C.O. Sevy Lt. Hudson M. Lt. R. Alkire and Sgt. Silva J. have yet to serve this inmate an R.V.R. for entering my cell and proceed to fight with me. It appears as these officers are bias based on their written & incident reports. Although inmate Stewart entered my cell and started swinging at me. Im not allowed to defend myself cause when I do Im served the R.V.R. Im pretty sure this was premeditated (OFFICERS ACTIONS). If you could subpoena the AVSS related to this particular incident you'll see clear as rain C.O. Tancreto is not even looking in my direction yet he claims he saw Stewart and I exchange words, not punches words in the dayroom. C.O. Tancretos actions and inactions are equivalent to abandoning his post, resulting in a failure to perform his assigned job duties within his area of responsibilities. I believe that also known as deliberate indifference officials knowledge of risk. By Tancreto stating he observed Stewart and I exchange words thats **OFFICIALS KNOWLEDGE OF RISK.. FAILURE TO PROTECT..** My flight syndrome is supported by the AVSS as its clear as rain. I did not swing at Stewart in the dayroom; As I attempted to address the situation without violence. Coping skills. What was I supposed to do? Let this creep beat me until building staff respond, I had to defend myself were encouraged to refrain from violence we should be able to hash things out as men. Its called growth, making better decisions getting ready for reentry to society. What troubles me is how officers can be so bias in their written reports.. This is supported as to why this inmate has not been served an R.V.R.-115 **SYSTEMIC RACISM!** Officers should not be displaying favoritism nor biasness stemming from an incident involving two inmates. In the R.V.R. C.O.'s Tancreto and Sevy state that inmate Stewart did not appear to be defending himself

"NO OFFICER IS ABOVE THE LAW YET C.D.C.R. HAS MANY" (ATL)

Signature- Mario Amador Gonzalez  
Printed Name- MARIO A. GONZALEZ

C.D.C.# AG-7688  
Housing- A-5-110  A.D.S.P.

Date 10/21/20

-3-

BUT ITS OKAY FOR INMATE STEWART TO ENTER MY CELL AND IMMEDIATELY START SWINGING AN IM NOT SUPPOSE TO DEFEND MYSELF. I SHOULD HAVE JUST LET INMATE STEWART BEAT ME! ITS OBVIOUS OFFICERS HERE @ H.D.S.P. DO NOT LIKE ME, DUE TO THE MOTION REGARDING BODY CAMERAS. I STRONGLY BELIEVE ITS MORE IN LINE WITH THE FACT THAT I EXERCISE MY PROTECTED CONDUCT 1ST AMENDMENT RIGHT. C.O.s TANCRETOS ACTIONS AND INACTIONS AMOUNT TO DELIBERATE INDIFFERENCE FAILURE TO PROTECT ITS EVIDENT C.O. TANCRETO ALONG WITH SUPERVISORY PERSONNEL ARE GIVING THE AGGRESSOR A FREE PASS! RESULTING THE RIGHT TO BE PROTECTED VIOLATION. THATS WHY I DEFENDED MYSELF THE OFFICERS HERE AT THIS PRISON HAVE BEEN TRYING TO GET ME KILLED OR SERIOUSLY HURT... YOUR HONOR I'D LIKE TO POINT OUT JUST HOW CROOKED THESE OFFICERS ARE AND HOW SUPERVISORY OFFICIALS FAIL TO DO THEIR JOB'S. LOOK AT THE REPORTS ONLY CCI HASKILL'S REPORT IS ACCURATE. YOU'LL NOTICE SGT. J. SILVA ASK C.O. TANCRETO LEADING QUESTIONS TO GET OUT OF HIS INCONSISTENCIES. THAT VIOLATES MY DUE PROCESS. HOWEVER THAT IS AN EVERYDAY RITUAL IN PRISON. WHEN A PEACE OFFICER VIOLATES THE POLICY AND PROCEDURE! HE/SHE ARE SHIELDED BY A CROOKED ADMINSTRATION DEPARTMENT. YOUR IF YOU SUBPOENA THIS VIDEO YOUR GOING TO SEE C.O. TANCRETO IS COMMITTING A VIOLATION OF LAW. IF YOU WERE TO QUESTION HIM AFTER YOU SEE THE VIDEO! YOU WOULD HAVE TO CHARGE HIM WITH PERJURY. WHEN YOU LOOK AT THE MANY CAMERA ANGLES YOU'LL SEE HE'S FLAT OUT LYING AS TO WHAT HE SAID HE OBSERVED. YOUR HONOR HE'S NOT EVEN LOOKING IN THIS DIRECTION.. YET OFFICERS SUPERVISORS RALLY AROUND HIM & SUPPORT HIS ACTIONS. A SUPERVISOR IS NOT ASSIGNED THE POSITION TO AID & ABET OFFICER MISCONDUCT.

YOUR HONOR PLEASE SUBPOENA THE CAMERA CAUSE I'VE LOST ALL HOPE IN THE PRISON LAW OFFICE AND ROSEN BIEN GALVAN GRUNFELD LLP. TO THINK THE ATTORNEY JESSICA REALLY HAD ME THINKING THEY CARED ABOUT US. PURSUANT TO 28 U.S.C.§ 1746 I MARIO A GONZALEZ DECLARE CERTIFY UNDER PENALTY OF PERJURY THE FOLLOWING IS TRUE AND CORRECT.
EXECUTED ON THIS 21ST DAY OF OCT. 2020 @ H.D.S.P. SUSANVILLE
x Mario A Gonzalez

-4-

**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# RULES VIOLATION REPORT

| CDC NUMBER<br>AG7688 | INMATE'S NAME<br>GONZALEZ, MARIO A. | EPRD<br>10/29/2023 | FACILITY<br>HDSP-Facility A | HOUSING LOCATION<br>HDSP-A - A 005 1 - 110001L |
|---|---|---|---|---|
| VIOLATION DATE<br>10/19/2020 | VIOLATION TIME<br>08:13:00 | VIOLATION LOCATION<br>HDSP-Facility A - CELL | | WITH STG NEXUS<br>No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

**CIRCUMSTANCES OF VIOLATION**

On October 14th, 2020, at approximately 0813 hrs, while working as Facility A, Building Control Booth Officer, I observed Inmate Gonzalez (AG7688) and Inmate Stewart (AM3276) striking each other in the face and upper torso area with their fists. I ordered both Inmates to "GET DOWN", which was ineffective as Inmate Gonzalez and Inmate Stewart continued their actions. Inmate Gonzalez then began holding Inmate Stewart from behind with his right arm around his body holding Inmate Stewart in place, while striking Inmate Stewart in the head with his left fist. Inmate Stewart did not appear to be defending himself. Officer Sevy utilized 1 burst from his state issued MK9 Oleoresin Capsicum (OC) Pepper Spray aiming and striking the face of Inmate Gonzalez. Inmate Gonzalez ceased striking Inmate Stewart and assumed a prone position.  Inmate Gonzalez and Inmate Stewart were identified by the Strategic Offender Management System (SOMS). Inmate Gonzalez and Inmate Stewart are aware of this Rules Violation Report.
PERNR# 62052

| REPORTING EMPLOYEE<br>D. Tancreto | TITLE<br>c/o | ASSIGNMENT<br>A5 control | RDO<br>S/S | DATE:<br>10/19/2020 |
|---|---|---|---|---|

| RVR LOG NUMBER: 000000007038496 | VIOLATED RULE NUMBER: 3005(d)(1) |
|---|---|
| SPECIFIC ACT: Fighting | |

**CLASSIFICATION**

| LEVEL: Serious | OFFENSE DIVISION: Division D |
|---|---|
| REFERRED TO: Senior Hearing Officer | FELONY PROSECUTION LIKELY: No |

| REVIEWING SUPERVISOR<br>J. Silva | TITLE<br>SGT | DATE<br>10/20/2020 |
|---|---|---|

CDC NUMBER: AG7688 NAME: GONZALEZ, MARIO A. LOG#: 000000007038496    Page 1 of 4

CDCR
REPORT NO. IRTR161-12

INCIDENT REPORT PACKAGE
INCIDENT LOG NUMBER: 000000000013565

PAGE: 6 of 8
PROCESSED: 10/20/2020 12:29
REQUESTOR: M. Hudson

Case 2:20-cv-02287-KJM-AC   Document 1   Filed 11/02/20   Page 6 of 17

## OFFENDER INVOLVED

**CDC #:** AM3276
**MENTAL HEALTH CODE:** ▮
**DPPV CODE:** ▮
**RACE:** ▮
**CONTROL DATE:** ▮
**INVOLVEMENT TYPE:** Suspect
**VIOLENCE TYPE:** Fighting
**EXTRACTION:** Not Applicable

**OFFENDER NAME:** STEWART, GENE P.
**DDP CODE:** ▮
**GENDER:** Male
**ETHNICITY:** ▮
**TYPE:** ▮
**RVR LOG #:**

**SECURITY LEVEL:** ▮
**HOUSING PROGRAM:** ▮

**PLACEMENT SCORE:** ▮
**CUSTODY CLASSIFICATION:** ▮

### CONTROLLED WEAPONS
Not Applicable

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

**DESCRIPTION OF INJURY**
NONE

**TREATMENT:**
**LOCATION CARE PROVIDED:**

**REPORTABLE DEATH:**
**DATE OF DEATH:**
**MANNER OF DEATH:**

**VIDEO INTERVIEW:** Not Applicable
**VIDEO FOLLOWED POLICY:**
**VIDEO INTERVIEW W/ 48 HOURS:**

### ARREST

**ARRESTED NEW/PENDING CHARGES:** Not Applicable
**ARRESTING AGENCY:**
**REPORT NUMBER:**
**BOOKING NUMBER:**
**CUSTODY LOCATION:**
**OFFENSE TITLE/CODE:**

### STG AFFILIATIONS

| STG NAME | STG SET | STG SUBSET |
|---|---|---|
| ▮ | ▮ | |

CDCR INCIDENT REPORT PACKAGE
REPORT NO. IRTR161-12 PAGE: 9
 INCIDENT LOG NUMBER: 000000000013565 PROCESSED: 10/20/2020 12:29
 REQUESTOR: M. Hudson

Case 2:20-cv-02287-KJM-AC Document 1 Filed 11/02/20 Page 17 of 17

## OFFENDER INVOLVED

| | |
|---|---|
| CDC #: AG7688 | OFFENDER NAME: GONZALEZ, MARIO A. |
| MENTAL HEALTH CODE: ███ | DDP CODE: ███ |
| DPPV CODE: ███ | GENDER: Male |
| RACE: ███ | ETHNICITY: ███ |
| CONTROL DATE: ███ | TYPE: ███ |
| INVOLVEMENT TYPE: Suspect | RVR LOG #: |
| VIOLENCE TYPE: Fighting | |
| EXTRACTION: Not Applicable | |

| | |
|---|---|
| SECURITY LEVEL: ███ | PLACEMENT SCORE: ███ |
| HOUSING PROGRAM: ███ | CUSTODY CLASSIFICATION: ███ |

### CONTROLLED WEAPONS
Not Applicable

| REPORTABLE INJURY | INJURY LOCATION | SBI TYPE |
|---|---|---|
| Not Applicable | | |

### DESCRIPTION OF INJURY
NONE

TREATMENT: LOCATION CARE PROVIDED:

REPORTABLE DEATH: MANNER OF DEATH:
DATE OF DEATH:

VIDEO INTERVIEW: Not Applicable VIDEO INTERVIEW W/ 48 HOURS:
VIDEO FOLLOWED POLICY:

### ARREST
ARRESTED NEW/PENDING
CHARGES: Not Applicable
ARRESTING AGENCY:
REPORT NUMBER:
BOOKING NUMBER:
CUSTODY LOCATION:
OFFENSE TITLE/CODE:

### STG AFFILIATIONS

| STG NAME | STG SET | STG SUBSET |
|---|---|---|
| ███ | ███ | |

CDCR
REPORT NO. IRTR161 - 12

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000013565

PAGE: 10
PROCESSED: 10/20/2020 12:29
REQUESTOR: M. Hudson

Case 2:20-cv-02287-KJM-AC   Document 1   Filed 11/02/20   Page 8 of 17

## STAFF NARRATIVE

**STAFF NAME:** Hudson,
**CREATED DATE:** 10/14/2020

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 09:34:54

### NARRATIVE

On October 14, 2020, at approximately 0813 hours Inmates Stewart AM-3276 and Gonzalez AG-7688 were observed by Control Booth Officer Tacreto inside the open cell door of FAB5 cell #110 striking each other in the head and facial areas with their fists. Floor Officer Sevy responded to the cell giving repeated orders to stop and get down however Inmates Stewart and Gonzalez ignored those orders and continued their actions as described above. Officer Sevy observing that Inmate Stewart was no longer fighting back while Inmate Gonzalez continued striking him in the head and facial area with his fist utilized his MK9 and from a distance of approximately 6 feet away sprayed Inmate Gonzalez in his facial area with OC Pepper Spray and due to their close proximity observed that Inmate Stewart was also struck with OC Pepper Spray. This had the desired effect and Inmates Stewart and Gonzalez separated and got down.

Both inmates were secured in restraints, medically cleared and escorted to the Facility A Program Office without further incident.

CRIME SCENE/ EVIDENCE:
N/A

Audio Visual Surveillance System (AVSS) video evidence was viewed and a compact disc of the video was requested for inclusion in this incident package.

It should be noted that during review of AVSS Inmates Stewart and Gonzalez are observed appearing to be in a heated conversation in the A section dayroom when both inmates exit the dayroom and enter cell #110 leading to this incident.

USE OF FORCE:
Officer Sevy utilized his MK9 and deployed (1) application of OC Pepper Spray.

DECONTAMINATION:
Inmates Gonzalez and Stewart were decontaminated with copious amounts of cool running water utilizing the deep sink in the Facility A Program Office.
Cell #110 was decontaminated with fresh water and mops.
Inmates Gonzalez and Stewart both declined fresh clothing.
The linen in cell #110 was not contaminated.

NOTIFICATIONS:
This incident occurred during business hours; therefore, Watch Commander, Lieutenant R. Alkire and Facility A Captain M. Williams were made aware of this incident.

CONCLUSION:
Inmates Stewart and Gonzalez will receive a CDCR Rules Violation Report for the specific act of "Fighting" which is a violation of CCR Title 15 Section 3005(d)(1).

Both inmates signed a CDCR 128B Compatibility Chrono indicating they can continue to program on Facility A without further violence and were returned to their previous housing assignment.

This incident will not be referred to the Lassen County District Attorney's Office for criminal Prosecution.

You will be apprised of any further developments regarding this incident via supplemental reports.

M. Hudson
STAFF SIGNATURE

DATE: 10/20/2020

BADGE #:
PERNR:

NARRATIVE REVIEWED: Yes
REVIEWED DATE: 10/20/2020

REVIEWED BY STAFF: Hicks,
REVIEWED TIME: 12:27:57

CDCR
REPORT NO. IRTR161 - 12

INCIDENT REPORT PACKAGE

Case 2:20-cv-02287-KJM-AC   Document 1   Filed 11/02/20   Page 9 of 17

INCIDENT LOG NUMBER: 000000000013565

PAGE: 11
PROCESSED: 10/20/2020 12:29
REQUESTOR: M. Hudson

## STAFF NARRATIVE

**STAFF NAME:** Tancreto,
**CREATED DATE:** 10/14/2020

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 11:55:35

### NARRATIVE

On October 14, 2020 at approximately 0813 hours while performing my duties as A5 control. at this time Building A5 had been returning from the morning pill line release. I observed Inmate Gonzalez AG7688 returning to his assigned cell A5-110. I then opened Inmate Gonzalez's assigned cell. Inmate Gonzalez then entered into his cell then exited and walked out to the A section tables before I had a chance to secure his cell door. I then observed Inmate Gonzalez exchange words with Inmate Stewart AM3276 A5-109L. I then observed both Inmate Gonzalez and Inmate Stewart walk towards cell 110, Gonzalez entered his assigned cell and then Stewart walked in to Inmate Gonzalez's cell. I the Observed Both Inmates with inside the cell fighting utilizing their fists striking on another upon the head and upper body area. I then Ordered the building to get down utilizing the Buildings P.A. system, every Inmate on the dayroom assumed a seated position as both Inmate Gonzalez and Inmate Stewart continued mutually fighting in the cell. I then activated the Buildings (P.A.D) personal alarm device. I then observed Officer Sevy respond to cell 110 and yelled "get down," and both Inmates Gonzalez and Inmate Stewart continued fitting. I then observed Officer Sevy utilize his state issued MK-9 O.C. pepper spray striking mainly Inmate Gonzalez in the facial area. I then observed Inmate Stewart assume a prone position outside of cell 110 while Inmate Gonzalez remained inside of his assigned cell. I then observed responding staff enter the building and formed a skirmish line in the A section dayroom in front  front of cell 110. Officer Sevy and Officer Ibanez formed a cover contact team on Inmate Stewart. Officer Sevy secured Inmate Stewart into waist restraints and then performed a clothed body search on Inmate Stewart while Officer Ibanez provided cover. Inmate Stewart was then escorted to awaiting medical staff to be cleared for escort. I then Observed CCI J. Haskill order Inmate Gonzalez to the door front of 110, I then Observed CCI Haskill secure Inmate Gonzalez into waist restraints while in a standing position. Inmate Gonzalez was then escorted to awaiting medical staff to be cleared for escort. Officer Walter and CCI Haskill escorted Inmate Gonzalez to his ADA wheel chair and was then escorted out of the Building by Officer Walter. I did not make facial recognition with any medical staff due to my focus on the escorting Officers and affected Inmates. both Inmate Gonzalez and Inmate Stewart were identified by utilizing their bed cards

D. Tancreto
STAFF SIGNATURE

**DATE:** 10/14/2020

**BADGE #:**

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/14/2020

**REVIEWED BY STAFF:** Silva,
**REVIEWED TIME:** 12:30:05

CDCR
REPORT NO. IRTR161 - 12

Case 2:20-cv-02287-KJM-AC   Document 1   Filed 11/02/20   Page 10 of 17

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000013565

PROCESSED: 10/20/2020 12:29
REQUESTOR: M. Hudson
PAGE: 10

## STAFF NARRATIVE

**STAFF NAME:** Tancreto,
**CREATED DATE:** 10/20/2020

**NARRATIVE TYPE:** Supplemental Report
**CREATED TIME:** 08:28:08

### NARRATIVE

1.) In your report, you state
"I then ordered the building to get down utilizing the Buildings P.A. system, every Inmate on the dayroom assumed a seated position as both Inmate Gonzalez and Inmate Stewart continued mutually fighting in the cell."
Please describe Gonzalez and Stewart's actions as they continued fighting.
1.) I observed Inmate Gonzalez Hitting Inmate Stewart in the head with his fist. Inmate Gonzalez held Stewart chest to chest holding Stewart with one arm.

2.) In your report, you state
"I then observed Inmate Stewart assume a prone position outside of cell 110 while Inmate Gonzalez remained inside of his assigned cell."
Other reports indicate that Stewart assumed a prone position inside of the cell, then crawled outside of the cell where he was later secured in waist restraints. Did you observe Stewart assume a prone position inside of the cell, then crawl out of the cell?
1.) I did not see Inmate Stewart assume a prone position inside of the cell due to the skirmish line and responding staff entering the building.

D. Tancreto
STAFF SIGNATURE

DATE: 10/20/2020

**BADGE #:**

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/20/2020

**REVIEWED BY STAFF:** Silva,
**REVIEWED TIME:** 08:58:29

CDCR  INCIDENT REPORT PACKAGE  PAGE: 14
REPORT NO. IRTR161-12
Case 2:20-cv-02287-KJM-AC   Document 1   Filed 11/02/20   Page 11 of 17
INCIDENT LOG NUMBER: 000000000013565
PROCESSED: 10/20/2020 12:29
REQUESTOR: M. Hudson

## STAFF NARRATIVE

**STAFF NAME:** Haskill,
**CREATED DATE:** 10/14/2020
**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 10:29:43

### NARRATIVE

On Wednesday October 14, 2020 at approximately 0813 hours, while performing my duties as Facility A Building 5 CCI, I heard Officer D. Tancreto yell "Get Down." As I responded out of my office, I observed all inmates were in the prone position, and Officer M. Sevy standing in front of Cell 110. Officer M. Sevy then utilized his OC pepper spray, spraying into cell 110. Due to Officer M. Sevy standing directly in front of cell 110, I did not see where he was aiming or whom he struck with the pepper spray. As I approached cell 110, I observed Inmate Stewart (AM3276-FAB5-109L) in the prone position on the floor of cell 110 and GONZALEZ (AG7688, FAB5-110L) standing in the back of cell 110. I ordered GONZALEZ to sit on the lower bunk to which he complied and then ordered STEWART to crawl out of cell 110 to the A section dayroom floor to which he complied. At this time, I secured Inmate GONZALEZ in waist restraints as Officer E. Walter provided security coverage. I conducted a clothed body search on Inmate GONZALEZ with negative results for contraband. LVN Sampson medically cleared inmate GONZALEZ for escort to Program. Officer E. Walter and I escorted Inmate GONZALEZ from Facility A Building 5 in his wheelchair to the Facility A Program Office. Inmate GONZALEZ was decontaminated from the effects of OC Pepper spray by fresh air as he was escorted to the Facility A Program Office. Once in the Facility A Program Office, Inmate GONZALEZ was asked if he would like to further decontaminate from the effects of OC Pepper Spray by using cool running water utilizing the utility sink in the Program Office, but refused. I searched holding cell #5 with negative results for contraband. Officer E. Walter and I secured Inmate GONZALEZ into holding cell #5 and I performed an unclothed body search with negative results for contraband. Inmate Gonzalez was offered a set of fresh state clothes, but refused. Both involved Inmates were later identified using their state issued identification cards. This concludes my involvement in the incident.

J. Haskill
**STAFF SIGNATURE**
**DATE:** 10/14/2020

**BADGE #:**
**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/14/2020
**REVIEWED BY STAFF:** Silva,
**REVIEWED TIME:** 10:39:18

---

**STAFF NAME:** Haskill,
**CREATED DATE:** 10/14/2020
**NARRATIVE TYPE:** Supplemental Report
**CREATED TIME:** 10:55:02

### NARRATIVE

1. In your report you state "all inmates were in a prone position". Were all inmates in the building in a prone position? What were the uninvolved inmates doing at this time?
-All uninvolved inmates were either in a prone or seated position.

J. Haskill
**STAFF SIGNATURE**
**DATE:** 10/14/2020

**BADGE #:**
**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/14/2020
**REVIEWED BY STAFF:** Sylva,
**REVIEWED TIME:** 11:12:12

CDCR
REPORT NO. IRTR161 - 12

Case 2:20-cv-02287-KJM-AC Document 1 Filed 11/02/20 Page 12 of 17

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000013565

PAGE: 15
PROCESSED: 10/20/2020 12:29
REQUESTOR: M. Hudson

## STAFF NARRATIVE

**STAFF NAME:** Ibanez,
**CREATED DATE:** 10/14/2020

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 09:56:21

### NARRATIVE

On Wednesday, October 14, 2020, at approximately 0813 hours while assigned as Facility A S&E 4, I heard via the institutional radio "code 1 A 5". I responded to Facility A Building 5 and joined the skirmish line in Facility A building 5 facing B Section. All uninvolved inmates were already in the prone or sitting position when I arrived. I observed Inmate Stewart (AM3276) laying in the prone position in front of cell 110. Officer Sevy and I formed a cover contact team. Officer Sevy secured Inmate Stewart in waist restraints while I provided cover. Officer Sevy conducted a clothed body search of Inmate Stewart with negative results for contraband as I provided coverage. Medical staff arrived to Facility A Building 5 and medically cleared Inmate Stewart for escort. Officer Sevy and I escorted Inmate Stewart to A program, during the escort Inmate Stewart was decontaminated from chemical agents with fresh flowing air. Inmate Stewart was escorted by Officer Sevy and I to the deep utility sink in Facility A Program and allowed to decontaminate with copious amounts of fresh cool running water from exposure to oc pepper spray. Officer Sevy conducted a search of holding cell #2 with negative results for contraband. I secured Inmate Stewart in holding cell #2 and removed the handcuffs and conducted an unclothed body search with negative results for contraband. I offered Inmate Stewart fresh clean state clothing however he declined. All inmates were later identified using their state issued identification cards. This concludes my involvement in this incident at this time.

M. Ibanez
STAFF SIGNATURE

**DATE:** 10/14/2020

**BADGE #:**

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/14/2020

**REVIEWED BY STAFF:** Silva,
**REVIEWED TIME:** 09:59:48

CDCR
REPORT NO. IRTR161 - 12

Case 2:20-cv-02287-KJM-AC Document 1 Filed 11/02/20 Page 13 of 17

INCIDENT REPORT PACKAGE

INCIDENT LOG NUMBER: 000000000013565

PROCESSED: 10/20/2020 12:29
REQUESTOR: M. Hudson

PAGE: 13

## STAFF NARRATIVE

**STAFF NAME:** Walter,
**CREATED DATE:** 10/14/2020

**NARRATIVE TYPE:** Initial Report
**CREATED TIME:** 10:22:23

### NARRATIVE

On Wednesday October 14, 2020 at approximately 0813 hours, while performing my duties as Facility A Security Patrol Officer #1, I heard "Code 1 Facility A Building 5" via the institutional radio. As I entered into Facility A Building 5, I observed all uninvolved inmates in a seated position on the floor. I joined the skirmish line in A section. I observed Inmate Stewart AM3276 in a prone position in front of Cell 110. As I approached Cell 110 I observed Inmate Gonzalez AG7688 was inside Cell 110 walking towards Counselor J. Haskill to be handcuffed. Counselor J. Haskill secured Inmate Gonzalez in waist restraints, while I provided coverage. Counselor J. Haskill performed a clothed body search of Inmate Gonzalez with negative results. I could smell the potent smell of O.C. Pepper spray but I did not see any visible O.C. Pepper spray on Inmates Stewart and Gonzalez. Inmate Gonzalez was medically cleared by LVN L. Sampson for escort to Facility A Program Office. Counselor J. Haskill and I escorted Inmate Gonzalez to Facility A Program Office in his wheelchair. Inmate Gonzalez received fresh circulating air to assist with the decontamination until we made it to Facility A Program Office Sink. Inmate Gonzalez was offered copious amounts of cool running water to decontaminate himself, but Inmate Gonzalez refused stating the water just makes it worse. Counselor J. Haskill performed a search of holding cell #5 with negative results of contraband. I secured Inmate Gonzalez inside holding cell #5. Counselor J. Haskill performed an unclothed body search of Inmate Gonzalez with negative results for contraband. Inmate Gonzalez was offered fresh clean boxers and a shirt, Inmate Gonzalez refused the clothing. I did not observe any force used. Inmate's Gonzalez and Stewart were later identified by their State Issued Identification Cards. This concludes my involvement in this incident.

E. Walter
STAFF SIGNATURE

**DATE:** 10/14/2020

**BADGE #:**

**PERNR:**

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 10/14/2020

**REVIEWED BY STAFF:** Sylva,
**REVIEWED TIME:** 10:26:16

*THIS HAPPENED IN July 2020*



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

## CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

Re: Grievance Claims Decision Response

**Offender Name:** GONZALEZ, MARIO A
**CDC#:** AG7688
**Current Location:** HDSP-Facility A

**Date:** 08/12/2020
**Current Area/Bed:** A 005 1 - 136001L

**Log #:** 000000022172

**Claim #:** 001
**Institution/Parole Region of Origin:** High Desert State Prison
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance

**Facility/Parole District of Origin:** HDSP-Central Service
**Sub-Category:** Other Staff Misconduct - NOS

### I. CLAIM

Inmate Gonzalez claims that on July 17, 2020, ==Officer Mortell deliberately secured him in the holding cell for Facility B inmates at the Correctional Treatment Center (CTC). Subject claims Officer Mortell was setting him up for assault or battery or stabbing by Security Threat Group (STG) gang members.==

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

CCR Title 15 3271

**B. DOCUMENTS CONSIDERED**

AVSS reviewed

*THE CAMERAS CAUGHT THIS! THE BODY CAMERAS WILL CATCH THE THINGS THEY SAY AND WILL PREVENT THEM FROM ALTERING ACTUAL ACCOUNTS, OF WHAT REALLY TRANSPIRED.*

### III. REASONING AND DECISION

A grievance Inquiry is complete and all issues were adequately addressed. The following staff were interviewed: Officer G. Mortell, Officer S. Stiles, and Officer D. Breaux. ==Staff did violate CDCR policy with respect to one or more of the issues appealed.== All staff personnel matters are confidential in nature. As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or offender appellants.

### IV. REMEDY

The proper measures will be taken by staff to address your claims. Your Grievance does not limit or restrict the availability of further relief via the inmate grievance process. If you wish to grieve the decision, you must submit your grievance through all levels of review up to, and including, the Office of Appeals. Once a decision has been rendered at the Office of Appeals, your administrative remedies will be considered exhausted.

**Decision: Approved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to APPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

If more than 30 calendar days have passed since the decision was sent to you, and your remedy has not been implemented, you may file a CDCR Form 602-3, Request to Implement Remedies Form. You must wait until after the 30th day has passed to submit this request.

| Staff Signature | Title | Date/Time |
|---|---|---|
| T. Thompson [THTO002] | CDW (A) | 08/11/2020 |

1) MR. TANCREDO DID YOU ATTEMPT TO DEESCALATE THE SITUATION SINCE YOU STATE IN YOUR REPORT THAT STEWART & I EXCHANGED WORDS.

2) IS MR. GONZALEZ SINGLE CELL? DID YOU GIVE MR GONZALEZ A DIRECT ORDER TO GO BACK TO HIS CELL? IF YES WHY DID YOU NOT STATE IN YOUR REPORT.

3) DID YOU ALLOW MR. STEWART TO ENTER MY CELL? DID YOU GIVE HIM A DIRECT ORDER TO ENTER MY CELL?

4) IN YOUR REPORT YOU STATE WE WERE FIGHTING & THAN YOU STATE MR. STEWART WAS NO LONGER DEFENDING HIMSELF CORRECT.

5) SO, BASICALLY WHAT YOU'RE SAYING IS ITS OKAY FOR SOMEONE TO ENTER SOMEONE ELSE'S & THE OCCUPANT CANNOT DEFEND HIMSELF?

6) ACCORDING TO THE AVSS YOU DID NOT DEESCALATE THE SITUATION THEREFORE AFTER MR. STEWART STOPPED PAUSED THEN PROCEEDED TO MY CELL YOU LEFT THE DOOR OPEN

7) WAS THIS AN ARRANGEMENT YOU HAD PREVIOUSLY DISCUSSED WITH MR. STEWART?



High Desert State Prison
P.O. Box 3030
Susanville, CA 96127
Name MARIO A. GONZALEZ
CDCR # AG-7698  Bldg/Bed A-5-110

California Dept. Of Corrections
and Rehabilitation

**INDIGENT MAIL**

LEGAL MAIL
CONFIDENTIAL

ADDRESS TO:
P.O. Box 3030 / All Mail To Inmates
P.O. Box 270249 / Money Orders Only

TO: United State District Court
Northern District of California
c/o Clerk of the Court
Honorable: Claudia Wilken
1301 Clay Street #400S
Oakland, California
94612-5212

U.S. POSTAGE PITNEY BOWES
ZIP 96130
02 1W
0001397487 OCT 26 2020
$ 000.80⁰

c/o D. Smith
D. Swearn #79474
10/25/20