UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARIO AMADOR GONZALEZ,
    Plaintiff,
  v.
TANCRETO, et al.,
    Defendants.

Case No. 20-cv-07717-VKD

**ORDER OF TRANSFER**

  Mario Amador Gonzalez, a state prisoner currently housed at High Desert State Prison ("HDSP") in Susanville, filed a document titled "personnel complaint" in which he claims prison officials violated his constitutional rights in connection with an altercation with another inmate. Dkt. No. 1. On November 2, 2020, the Clerk of the Court construed this letter as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983 and directed Mr. Gonzalez to file a proper complaint on the court form; a copy of the complaint was provided to him. Dkt. No. 3. Mr. Gonzalez was also directed to file a complete *in forma pauperis* application in a separate notice. Dkt. No. 4.

  HDSP is in Susanville, which is located in Lassen County. Because the acts complained of occurred in Lassen County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This Court has discretion to either dismiss the case for incorrect venue or transfer it to the proper federal court "in the interest of justice." *See* 28 U.S.C. § 1406(a). The Court concludes that the interest of justice is best served by transfer, and accordingly orders the case TRANSFERRED to the United States District Court for the Eastern District of California.

1  The Clerk of the Court shall terminate all pending motions and transfer the entire file to the
2  Eastern District of California.
3  **IT IS SO ORDERED.**
4  Dated: November 10, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge